UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JASON HALE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1562 JCH |
| | ) | |
| JPMORGAN CHASE BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting the Court to Vacate its Order for Mediation, or in the Alternative to Continue (ECF No. 27) is granted in part.

**IT IS FURTHER ORDERED** that not later than **May 25, 2012**, lead counsel James Krupp shall notify the clerk of the agreed choice of neutral selected by the parties and the date, time and location of the initial ADR Conference.

**IT IS FURTHER ORDERED** that the ADR Conference(s) shall be concluded before **June 29, 2012**, unless extended by order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave of Court to File First Amended Complaint (ECF No. 28) is **GRANTED**.

Dated this  9th  day of May, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE